**Glenn Russell HALL, Jr.,**
**Petitioner–Appellant,**

**v.**

**Lisa EDWARDS, Warden,**
**Respondent–Appellee.**

No. 02–6139.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Glenn Russell Hall, Jr., Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Glenn Russell Hall, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hall v. Edwards,* No. CA–01–837 (W.D.Va. Jan. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*